UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES E. HELBERG                                                                    PLAINTIFF

V.                                    1:19CV00012 BRW-JTR

ANDREW SAUL,
Commissioner of Social Security Administration                                      DEFENDANT

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, I approve and adopt the Recommended Disposition in all respects.

Accordingly, the Commissioner's decision is AFFIRMED, and Plaintiff James E. Helberg's Complaint (*Doc. No. 2*) is DISMISSED with prejudice.

IT IS SO ORDERED this 9th day of October, 2019.


                                                Billy Roy Wilson
                                                UNITED STATES DISTRICT JUDGE