**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JAMES E. HELBERG**                                                                 **PLAINTIFF**

**V.**                                        **1:19CV00012 BRW-JTR**

**ANDREW SAUL,**
**Commissioner of Social Security Administration**                          **DEFENDANT**

## JUDGMENT

Based on the order entered today, this case is DISMISSED with prejudice. Judgment is

entered in favor of the Commissioner.

IT IS SO ORDERED this 9th day of October, 2019.


                                        Billy Roy Wilson_____
                                        UNITED STATES DISTRICT JUDGE